IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-mc-00027-MEH

KENNETH WILLIAM LEWIS,

    Plaintiff,

v.

KENNETH WILLIAM LEWIS, a private trust,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Order Dismissing Case Without Prejudice, entered by the Honorable Michael E. Hegarty on March 15, 2016, incorporated herein by reference, it is

ORDERED that this case is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(b) . It is

FURTHER ORDERED that the Clerk of Court is directed to close the case.

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Kenneth William Lewis, a private trust, and against Plaintiff, Kenneth William Lewis.

DATED at Denver, Colorado this  15th   day of March, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK



s/N. Marble
N. Marble,
Deputy Clerk